AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

AROUND THE CLOCK A/C SERVICE, LLC, a Florida Limited Liability Company

*Plaintiff(s)*

v.

ALL YEAR COOLING AND HEATING, INC., a Florida Corporation

*Defendant(s)*

Civil Action No. 16-cv-61676-Zloch/Hunt

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALL YEAR COOLING AND HEATING, INC.
Registered Agent:
SMITH, THOMAS
1345 NE 4TH AVE
FORT LAUDERDALE, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Williams Hilal Wigand, PLLC
633 Southeast Third Avenue, Suite 301
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 14, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts